**DISMISS; and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01233-CV

## IN THE MATTER OF A NAME CHANGE OF GALYAH EMURAH ISRAEL

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-10355**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By order dated December 15, 2014, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed within thirty days because appellant failed to respond to our November 20, 2014 letter directing her to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. By postcard dated January 3, 2015, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


141233F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF A NAME CHANGE
OF GALYAH EMURAH ISRAEL

No. 05-14-01233-CV

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-14-10355.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 29th day of July, 2015.